William C. Neasham, CSB # 72078
Patricia Kramer, CSB # 155484
NEASHAM & KRAMER LLP
Attorneys at Law
11201 Gold Express Drive, Suite 202
Gold River, CA  95670
Telephone: (916) 853-8030
Facsimile:  (916) 853-8039

Attorneys for Plaintiff ANGELA BETTI

David R. McNamara, CSB #133302
McCORMICK, BARSTOW, SHEPPARD,
 WAYTE & CARRUTH LLP
P. O. Box 28912
5 River Park Place East
Fresno, CA  93729-8912
Telephone (559) 433-1300
Facsimile (559) 433-2300

Attorneys for Defendant KAISER FOUNDATION
HEALTH PLAN

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA M. BETTI | ) CASE NO.:  CIV.S-03-2678 DFL DAD |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER RE DATE TO DISCLOSE** |
| | ) **REBUTTAL EXPERT** |
| KAISER FOUNDATION HEALTH PLAN, INC. | ) |
| aka KAISER PERMANENTE; KAISER | ) |
| FOUNDATION HEALTH PLAN, INC. dba | ) |
| KAISER PERMANENTE | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

The Parties, plaintiff Angela Betti, by and through her attorneys of record Patricia Kramer of the

law offices of Neasham & Kramer LLP; and Defendant, Kaiser Foundation Health Plan, by and through

its attorney of record, David McNamara of the law offices of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP hereby stipulate as follows:

WHEREAS the date to disclose experts in this case was June 6, 2005; and

WHEREAS, Plaintiffs designated an economist, Nora Ostrofe, as a retained expert; and

WHEREAS, defendants have indicated their intent to designate an economist as well as a vocational rehabilitation expert as their "rebuttal" experts on July 11, 2005; and

WHEREAS plaintiff has not retained a vocational rehabilitation expert, and disputed whether a vocational rehabilitation expert is a rebuttal expert to an economist; and

WHEREAS, the parties have met and conferred regarding the status of expert disclosures and have agreed that Plaintiff may designate a rebuttal expert to respond to any vocational rehabilitation expert defendant may disclose;

///

///

///

///

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED that Plaintiff may have until August 15, 2005 to disclose her

rebuttal vocational rehabilitation expert.

SO STIPULATED.

Dated: June ___, 2005

NEASHAM & KRAMER LLP


By:_____
PATRICIA KRAMER
Attorney for Plaintiff, Angela Betti

Dated:  June ____, 2005

McCORMICK, BARSTOW, SHEPPARD
 WAYTE & CARRUTH LLP


By: _____
        DAVID R. McNAMARA
        Attorneys for Defendant
        Kaiser Foundation Health Plan




SO ORDERED.

Date: 6/23/2005

_____

DAVID F. LEVI

United States District Judge