```
 1  William C. Neasham, CSB #72078
    Patricia Kramer, CSB #155484
 2  Aaron L. Bensinger, CSB #238033
    NEASHAM & KRAMER LLP
 3  Attorneys at Law
    11201 Gold Express Drive, Suite 202
 4  Gold Driver, CA  95670
    Tel:  (916) 853-8030, Fax: (916) 853-8039
 5
    Attorneys for Plaintiff ANGELA BETTI
 6
    David R. McNamara, CSB # 133302
 7  MCCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP
 8  P.O. Box 28912
    5 River Park Place East
 9  Fresno, CA  93729-8912
    Telephone:  (559) 433-1300
10  Facsimile:  (559) 433-2300

11  Attorneys for Defendant
    THE PERMANENTE MEDICAL GROUP, INC.
12
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| ANGELA M. BETTI,<br><br>              Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.,<br><br>              Defendant. | Case No.  CIV.S-03-2678 RRB DAD<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT AND DISMISSAL** |
|---|---|

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff ANGELA BETTI (Plaintiff) and THE PERMANENTE MEDICAL GROUP, INC. by and through the undersigned counsel, and subject to the approval of this Court, that the parties have settled all substantive matters in the lawsuit pertaining to equitable relief, damages and litigation

---

STIPULATION AND (PROPOSED) ORDER REGARDING SETTLEMENT AND DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

costs. A confidential settlement agreement has been executed by the parties with each party and their counsel retaining a fully executed copy.

IT IS FURTHER STIPULATED by and between the parties to this action that Defendants and each of them, shall be dismissed without prejudice pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED:**

Dated: June 22, 2006

NEESHAM & KRAMER LLP

By:      /s/ Patricia Kramer
Patricia Kramer
Attorney for Plaintiff ANGELA BETTI

Dated: July 10, 2006

By:      /s/ David R. McNamara
David McNamara
Attorneys for Defendants TPMG

SO ORDERED.

Date: August 17, 2007

/s/ Ralph R. Beistline
U.S. District Judge, Eastern District of California

2

STIPULATION AND (PROPOSED) ORDER REGARDING SETTLEMENT AND DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com